# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | |
|---|---|
| LATOYA ANTHONY,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY COMMISSIONER,<br><br>Defendant. | 2:18-cv-12349-TGB-DRG<br><br>HON. TERRENCE G. BERG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |

This matter is before the Court on Magistrate Judge David R. Grand's January 11, 2019 Report and Recommendation (ECF No. 23) recommending that Defendant Commissioner of Social Security's Motion for Summary Judgment be granted, Plaintiff Latoya Anthony's Motion for Summary Judgment denied, and the Administrative Law Judge's decision affirmed pursuant to 42 U.S.C. § 405(g).

1

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). As of this date, neither party has filed any objections to Magistrate Judge Grand's Report and Recommendation.

The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Nevertheless, the Court has reviewed the Magistrate Judge's Report and Recommendation of January 11, 2019 and will accept as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of January 11, 2019, (ECF No. 13) is **ACCEPTED** and **ADOPTED**. It is further ordered that the Commissioner of Social Security's Motion for Summary

Judgment (ECF No. 11) is **GRANTED**, and Latoya Anthony's Motion for Summary Judgment (ECF No. 10) is **DENIED**.

Further, the ALJ's decision is **AFFIRMED**.

**SO ORDERED.**

Dated: January 31, 2019

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on January 31, 2019, using the CM/ECF system, which will send notification to all parties.

s/A. Chubb
Case Manager
